# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CXT SYSTEMS, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**ACADEMY, LTD., d/b/a ACADEMY SPORTS + OUTDOORS;** | **Case No. 2:18-cv-00171-RWS-RSP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **PIER 1 IMPORTS, INC.;** | **Case No. 2:18-cv-00172-RWS-RSP** |
| **THE CONTAINER STORE GROUP, INC.;** | **Case No. 2:18-cv-00173-RWS-RSP** |
| **CONN'S, INC.;** | **Case No. 2:18-cv-00231-RWS-RSP** |
| **FOSSIL GROUP, INC.;** | **Case No. 2:18-cv-00232-RWS-RSP** |
| **J. C. PENNEY COMPANY, INC.;** | **Case No. 2:18-cv-00233-RWS-RSP** |
| **STAGE STORES, INC.;** | **Case No. 2:18-cv-00234-RWS-RSP** |
| **TAILORED BRANDS, INC.,**<br><br>    Defendants. | **Case No. 2:18-cv-00235-RWS-RSP**<br><br>**(CONSOLIDATED CASES)** |

## RENEWED AGREED MOTION FOR EXPEDITED BRIEFING

Defendants file this Renewed Agreed Motion for Expedited Briefing concerning their Opposed Motion to Amend Docket Control Order and Agreed Request for Expedited Briefing (Dkt. 120) (the "Motion"), and respectfully request that CXT file any response to the Motion by Monday, March 11, 2019, with no reply or sur-reply allowed. Defendants filed the Motion on March 4, 2019, requesting expedited briefing which the Court denied because "[n]either the body of the motion nor the certificate of conference represent that the briefing schedule is agreed." Dkt. 121.

The parties have conferred, and Plaintiff CXT Systems, Inc. agrees to an expedited briefing schedule responding to the Motion.

Accordingly, Defendants respectfully move, under Local Rule CV-7(e), that the Court require an expedited briefing schedule for the Motion, with any opposition to be filed by CXT by Monday, March 11, 2019, and no reply or sur-reply allowed.

Dated: March 8, 2019                                        Respectfully submitted,

By: */s/ Diane K. Lettelleir*
Diane K. Lettelleir
Texas Bar No. 12241525
**J. C. Penney Corporation, Inc.**
6501 Legacy Drive (MS 1122)
Plano, Texas 75024
Tel: (972) 431-5012
Fax: (972) 531-5012
dlettell@jcp.com

Brian C. Nash
Texas Bar No. 24051103
brian.nash@pillsburylaw.com
**Pillsbury Winthrop Shaw Pittman LLP**
401 Congress Avenue, Suite 1700
Austin, TX 78701-3797
512.580.9629
512.580.9601

Michael K. Heins
Virginia Bar No. 85766
michael.heins@pillsburylaw.com
**Pillsbury Winthrop Shaw Pittman LLP**
1650 Tysons Blvd, 14th Floor
McLean, VA 22102-4856
Telephone: 703-770-7541
Facsimile: 703-770-7901

**COUNSEL FOR DEFENDANT
J.C. PENNEY CORPORATION**

By: */s/ Ricardo J. Bonilla*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANTS
ACADEMY, LTD., d/b/a
ACADEMY SPORTS + OUTDOORS;
FOSSIL GROUP, INC.; and
SPECIALTY RETAILERS, INC.**

By: */s/ Jeff Cole*
John M. Guaragna
john.guaragna@dlapiper.com
Texas Bar No. 24043308
Brian Erickson
Brian.erickson@dlapiper.com
Texas Bar No. 24012594
Jeff Cole
Jeff.cole@dlapiper.com
Texas Bar No. 24045679
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

**COUNSEL FOR DEFENDANT
THE CONTAINER STORE, INC.**

By: */s/ Kevin J. Meek*
Kevin J. Meek
TX Bar No. 13899600
Mark Speegle
CA Bar No. 293873
**BAKER BOTTS L.L.P.**
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Fax: (512) 322-2501
kevin.meek@bakerbotts.com
mark.speegle@bakerbotts.com

**COUNSEL FOR DEFENDANTS
PIER 1 IMPORTS (U.S.), INC. AND
PIER 1 SERVICES COMPANY**

By: */s/ David A. Caine*
J. Thad Heartfield
Texas Bar No. 09346800
thad@heartfieldlawfirm.com
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Tel: 409-866-3318
Fax: 409-866-5789

Michael A. Berta
Michael.Berta@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3277

David A. Caine
David.Caine@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Tel: 650-319-4710

Gregory P. Sitrick (AZ #028756)
**QUARLES & BRADY LLP**
gregory.sitrick@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Tel: (602) 229-5317
Tel: (602) 229-5200

**COUNSEL FOR DEFENDANT CONN'S, INC.**

By: */s/ Mark A. Thomas*
Richard L. Brophy – LEAD ATTORNEY
MO Bar No. 59731
Mark A. Thomas
MO Bar No. 64197
rbrophy@armstrongteasdale.com
mathomas@armstrongteasdale.com
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)

**COUNSEL FOR DEFENDANT TAILORED BRANDS, INC.**

4

## CERTIFICATE OF CONFERENCE

Counsel for Defendants and counsel for Plaintiff conferred regarding Defendants' renewed agreed motion for expedited briefing regarding the Motion multiple times via electronic mail. Plaintiff agrees to the relief sought herein and does not oppose expedited briefing to the Motion.

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 8, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla
